United States District Court
Southern District of Texas
**ENTERED**
March 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSICA GALEAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-14-0651 |
| § | |
| LAW SCHOOL ADMISSION COUNSEL and § | |
| AMERICAN BAR ASSOCIATION, § | |
| § | |
| Defendants. § | |

## ORDER

Recently filed in this case that has been closed since September 2014 based on the parties' Stipulations of Dismissal is Plaintiff's Motion to Modify Original Complaint (Document No. 21) and Plaintiff's Motion for Discovery (Document No. 22). In both motions, Plaintiff asserts, and appears to believe, that the United States was made a party to this case in 2014. Because there is nothing in the record to support that assertion, and nothing in the record that would support the re-opening of this case so that Plaintiff could prosecute a "qui tam" case *against* the Government, it is

ORDERED that both of Plaintiff's motions (Document Nos. 21 & 22) are DENIED.

Signed at Houston, Texas, this 28th day of March, 2017.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE